UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shane A. Thompson

        v.                          Civil No. 11-cv-220-SM

Joseph M. Arpaio, et al

O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated January 6, 2012, no objection having been filed, for the reasons set forth therein. The petition is dismissed without prejudice.

    SO ORDERED.

January   , 2012

                                                Steven J. McAuliffe
                                                United States District CourtJudge

cc:     Shane A. Thompson, pro se